# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JONATHAN VELA, | § § | |
| *Plaintiff*, | § § | Civil Action No. 2:17-cv-00013 |
| v. | § § | |
| INTEGRITY MECHANICAL SPECIALISTS LLC D/B/A IMS – INTEGRITY MECHANICAL SPECIALISTS LLC, RICHARD BRYANT, ORBITAL INSULATION CORP. AND EDUARDO GRACIAN | § § § § § § § § | JURY TRIAL DEMANDED |
| *Defendants* | § | |

## [PROPOSED] FINAL JUDGMENT

On July 23, 2018, this Court Granted Plaintiff's Motion for Summary Judgment against Defendants Orbital Insulation Corp. and Eduardo Gracian, finding that Defendants were Liable to Plaintiff Vela in the amount of $920.00 and additional equal amount for liquidated damages, for a total damage amount of $1,840.00. ECF No. 49. Plaintiff subsequently moved for attorneys' fees and costs against Defendants Orbital Insulation Corp. and Eduardo Gracian. ECF No. 59. On January 22, 2019, after this Court struck Defendant Integrity Mechanical Specialists LLC d/b/a IMS—Integrity Mechanical Specialists LLC's ("IMS") answer in this matter, the clerk entered a default against Defendant IMS in the record. *See* ECF No. 54. Plaintiff subsequently moved for the entry of a default judgment, and requested to recover his attorneys' fees and costs. ECF No. 61.

Based upon the undisputed record, the Court finds that Plaintiff Jonathan Vela shall have and recover from the Defendants Integrity Mechanical Specialists LLC d/b/a IMS–Integrity Mechanical

Specialists LLC , Orbital Insulation Corp., and Eduardo Gracian, jointly and severally, $920.00 in unpaid wages and unpaid overtime wages, and $920.00 in liquidated damages for a total of $1,840.00.

Based on the undisputed record, the Court further finds that Plaintiff shall have and recover from the Defendants, jointly and severally, $39,725.00 in attorneys' fees and $3,161.82 in costs. The Court finds that the attorneys' fees and costs are reasonably and were necessarily incurred in the prosecution of this matter. The Court therefore enters a total judgment of $44,726.82 and authorizes post judgment interest against Defendants, for which execution shall issue forthwith.

SIGNED this _____ day of _____, 2020.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE