United States District Court
Southern District of Texas
**ENTERED**
February 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JONATHAN VELA, | § § § | |
| Plaintiff, | § | Civil Action No. 2:17-cv-00013 |
| VS. | § § § | |
| M&G USA CORPORATION; dba MOSSI & GHISOLFI USA CORPORATION, *et al*, | § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On July 23, 2018, this Court Granted Plaintiff's Motion for Summary Judgment against Defendants Orbital Insulation Corp. and Eduardo Gracian, finding that they were liable to Plaintiff Vela in the amount of $920.00 and an additional equal amount for liquidated damages, for a total damage amount of $1,840.00. ECF No. 49. Plaintiff subsequently moved for attorneys' fees and costs against Defendants Orbital Insulation Corp. and Eduardo Gracian. ECF No. 59. On January 22, 2019, after this Court struck Defendant Integrity Mechanical Specialists LLC d/b/a IMS—Integrity Mechanical Specialists LLC's ("IMS") answer in this matter, the clerk entered a default against Defendant IMS in the record. *See* ECF No. 54. Plaintiff subsequently moved for the entry of a default judgment against Defendant IMS, and requested to recover his attorneys' fees and costs. ECF No. 61. The Court granted that motion in part and denied it in part. ECF No. 66.

Based upon the record, the Court finds that Plaintiff Jonathan Vela shall have and recover from the Defendants Integrity Mechanical Specialists LLC d/b/a IMS–Integrity Mechanical

Specialists LLC, Orbital Insulation Corp., and Eduardo Gracian ("Defendants"), jointly and severally, $920.00 in unpaid wages and unpaid overtime wages, and $920.00 in liquidated damages for a total of $1,840.00.

Based on the record, the Court further finds that Plaintiff shall have and recover from Defendants, jointly and severally, $39,725.00 in attorneys' fees and $3,161.82 in costs. The Court finds that the attorneys' fees and costs are reasonably and were necessarily incurred in the prosecution of this matter. The Court therefore enters a total judgment of $44,726.82 against Defendants and it authorizes post-judgment interest from the date of this judgment at the applicable federal rate of 1.48 percent per annum against Defendants, for which execution shall issue forthwith.

SIGNED this _____ day of 2/19/2020, 2020.

HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE